Filed 7/6/26  P. v. Glenn CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D086558 |
| Plaintiff and Respondent, | (Super. Ct. No. SCE428339) |
| v. | |
| THOMAS GLENN, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Marian F. Gaston, Judge.  Affirmed.

Michelle C. Rogers, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

In November 2024, Thomas Glenn entered into a plea agreement in which he pleaded guilty to one count of transportation of a controlled substance (Health & Saf. Code, § 11352, subd. (a)).  The parties agreed to a stipulated sentence.  The court imposed an upper term of five years but suspended the execution of sentence and granted Glenn formal probation. The court also found Glenn violated a probation grant in a separate case No. SCN4465533.  The court imposed a suspended three-year term in that case.

Following a preliminary hearing in case No. SCD307077, the court held a hearing and revoked Glenn's probation. The court imposed suspended sentences. The court ordered Glenn to serve 556 days in jail and the remainder of his sentence to be served in mandatory supervision under Penal Code section 1170, subdivision (h)(5)(B).

Glenn filed a timely notice of appeal.

Appellate counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to independently review the record for error as mandated by *Wende*.

We advised Glenn of his right to file his own brief on appeal, but he has not responded.

### DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to independently review the record for error. To assist the court in its review and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*) counsel has identified two possible issues that were considered in evaluating the potential merits of this appeal: whether the court properly found Glenn to be in violation of the terms of his probation; and whether the court erred in refusing to reinstate Glenn on probation.

We have independently reviewed the record for error as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Glenn in this appeal.

## DISPOSITION

The judgment is affirmed.

HUFFMAN, J.*

WE CONCUR:

O'ROURKE, Acting P. J.

DATO, J.

---

* Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.